UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION


STEVEN JOSEPH LOTIERZO,

      Movant,

                                Case No. 1:16-CV-732

v.

                                HON. PAUL L. MALONEY

UNITED STATES OF AMERICA,

      Respondent.

_____/

## **JUDGMENT**

In accordance with the Order entered this date,

    **IT IS ORDERED** that **JUDGMENT** is entered in favor of Respondent.


Date:   July 28, 2017               /s/ Paul L. Maloney           
                                                Paul L. Maloney
                                                UNITED STATES DISTRICT JUDGE